# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MANSFIELD LEWIS

VERSUS

MARTIN L. LABLANC

NO.  2021 CW 1624

**MARCH 14, 2022**

---

In Re:   Martin L. LaBlanc and Bridget LeBlanc, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 651579.

---

**BEFORE:  GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

                         **JMG**
                         **WRC**

**Holdridge, J.,** concurs. When deciding abandonment issues, the trial court is cautioned to follow the procedures of La. Code Civ. P. art. 561. In this case, the continuance of a hearing by the trial court to a specific date is a step in the prosecution or defense of the action, unlike a continuance of a hearing or trial date without date, which is not a step in the prosecution or defense of the action. See **Hilbert v. Miley,** 2012-2108 (La. App. 1st Cir. 11/14/13), 136 So.3d 847, 849-50.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT